

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00851-CR

William James **LUTZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0057-CR-B
Honorable Gary L. Steel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

SIGNED January 15, 2020.

_____
Beth Watkins, Justice